# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:05CR131** |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| **SCOTT D. FREESE,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Defendant's motion in limine (Filing No. 155) and motion to produce Federal Rule of Evidence 404(b) information (Filing No. 156).

The motion for Rule 404(b) information appears to be the notice required under Rule 404(b). The motion will be granted insofar as the Court acknowledges that the Defendant has requested notice as required under Rule 404(b).

IT IS ORDERED:

1. The Defendant's motion in limine (Filing No. 155) is held in abeyance and will be decided at the attorney conference scheduled for 8:30 a.m. on the morning of trial; and

2. The Defendant's motion to produce Rule 404(b) material (Filing No. 156) is granted insofar as notice has been provided pursuant to Rule 404(b).

DATED this 3rd day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge